**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                                Case No.: 1:21−cr−00705
                                                                                 Honorable Elaine E. Bucklo

Kimberly A. Dyson, et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 8, 2023:

        MINUTE entry before the Honorable Elaine E. Bucklo, as to Irvin R. Lucas, IV: The Court has reviewed the parties' joint status report. Status hearing is reset for 5/15/2023 at 10:00 a.m. for the purpose of setting a sentencing date. (to track the case only, no appearance is required). The government shall confer with defense counsel and file a status report by 5/8/2023. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.